JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ANDREW TAUB d/b/a ALL TRANSPORT INTERNATIONAL LOGISTICS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. SURPLUS, INC., et al.,<br><br>        Defendants. | Case No. CV 09-04382 DMG (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Plaintiff's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Stephen Andrew Taub d/b/a All Transport International Logistics and against Defendant U.S. Surplus, Inc., in the total amount of $32,262.47.

**IT IS SO ORDERED**.

DATED:    March 21, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE